Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Robert B. Bader (SBN 233165)
*rbader@goodwinprocter.com*
Audrey M. Lin (SBN 271671)
*alin@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041

Attorneys for Defendant
Bumble Bee Foods, LLC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>BUMBLE BEE FOODS, LLC.,<br><br>              Defendant. | Case No. 5:12-cv-01828 LHK<br><br>**[Proposed] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:           Hon. Lucy H. Koh<br>Courtroom:   8<br>Floor:            4th Floor |

1  [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE
2                           MANAGEMENT CONFERENCE

3    Upon consideration of the Joint Stipulation to Continue Case Management Conference

4 ("Joint Stipulation") submitted by plaintiff Tricia Ogden and defendant Bumble Bee Foods, LLC

5 (together, "the Parties"), **IT IS HEREBY ORDERED** as follows:

6    The Parties' Joint Stipulation is **GRANTED**. The Case Management Conference currently

7 set for September 5, 2012 is continued to October 17, 2012 at 2:00 p.m.

8    **IT IS SO ORDERED.**

10   Dated: _August 17_, 2012                      _____/s/ Lucy H. Koh_____
                                                         Hon. Lucy H. Koh
11                                                       United States District Judge

                                            1
[Proposed] Order                                            Case No. 5:12-cv-01828 LHK