IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No. CV 12-01828 LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Dewitt M. Lovelace, whose business address and telephone number is
Lovelace Law Firm, P.A.
12870 US Hwy 98 W., Suite 200
Miramar Beach, Florida, 32550
(850) 837-6020

and who is an active member in good standing of the bar of Florida having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Tricia Ogden.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 24, 2012

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE