IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated, | Case No.  CV 12-01828 LHK |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| BUMBLE BEE FOODS, LLC, | |
| Defendant. | |

Colin H. Dunn, whose business address and telephone number is

Clifford Law Offices, P.C.
120 North LaSalle, Suite 3100
Chicago, IL 60602
312-899-9090

and who is an active member in good standing of the bar of Illinois having applied in the above

entitled action for admission to practice in the Northern District of California on a pro hac vice

basis, representing Tricia Ogden.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

*vice*.  Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party.  All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  January 25, 2013

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

~~LOVELACE~~ *PRO HAC VICE* ORDER
CASE NO. 12-CV-01828