UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TRICIA OGDEN, | ) | Case No.: 12-CV-01828-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER MODIFYING SCHEDULING ORDER |
| BUMBLE BEE FOODS, LLC, | ) | |
| Defendant. | ) | |

Pursuant to Defendant Bumble Bee Foods, LLC's Unopposed Motion to Modify Scheduling Order, the Court hereby vacates the case schedule and sets the amended schedule below:

The mediation deadline remains as set on July 31, 2013.

The further case management conference is continued from June 13, 2013, to August 14, 2013 at 2:00 p.m. The parties' Joint Case Management Statement, to be filed on August 7, 2013, shall include a status report on the parties' July 31, 2013 mediation, and shall propose a new schedule for the case.

Defendant's Opposition to Plaintiff's Motion for Class Certification is now due on August 29, 2013, and Plaintiff's Reply is now due on September 12, 2013. The hearing on this Motion is set for October 3, 2013 at 1:30 p.m.

1

Case No.: 12-CV-01828-LHK
ORDER MODIFYING SCHEDULING ORDER

**IT IS SO ORDERED.**

Dated: May 14, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-01828-LHK
ORDER MODIFYING SCHEDULING ORDER