UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, | Case No.: 12-CV-01828-LHK |
| Plaintiff, | |
| v. | ORDER RE: SEALING MOTION |
| BUMBLE BEE FOODS, LLC, | |
| Defendant. | |

On May 8, 2013, Plaintiff filed an Administrative Motion to File Under Seal (Dkt. No. 58). In the Motion, Plaintiff requests sealing of certain documents that were designated "confidential" by Defendant when produced. Pursuant to Local Rule 79-5(d), when a party moves to seal documents designated as sealable by another party, the designating party must file a supporting declaration within 7 days, or the sealing motion will be denied. No supporting declaration was filed by Defendant in response to Plaintiff's Sealing Motion.

As noted in the Stipulated Protective Order (Dkt. No.37), simply designating information as confidential does not entitle the parties to file it under seal. *See* Stipulated Protective Order, ¶ 1. If Defendant objects to the public filing of the documents identified in Plaintiff's Sealing Motion, it shall file a declaration stating the basis for asserting confidentiality of each exhibit Plaintiff seeks to seal. These declarations must be filed by May 22, 2013. If no declarations are received, the Court will order the relevant documents to be publicly filed without sealing.

1

Case No.: 12-CV-01828-LHK
ORDER RE: SEALING MOTION

In the future, failure to follow the local rules and to submit declarations in support of motions to seal will result in denial of sealing motions and public filing of documents without notice from the Court.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01828-LHK
ORDER RE: SEALING MOTION