UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN,               ) | Case No.: 12-CV-01828-LHK |
|                 Plaintiff,    ) | |
| v.                          ) | ORDER CONTINUING CASE |
|                             ) | MANAGEMENT CONFERENCE |
| BUMBLE BEE FOODS, LLC,      ) | |
|                             ) | |
|                 Defendant.   ) | |

The case management conference is continued from August 14, 2013 to October 3, 2013 at 1:30 p.m. If the parties intend to file a dispositive motion, they must contact Ms. Martha Parker-Brown for the next available hearing date per the Court's standing order.

**IT IS SO ORDERED.**

Dated: August 12, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01828-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE