**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>     v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>                      Defendant. | Case No.: 12-CV-01828-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE |

A hearing on Defendant's Motion for Summary Judgment is scheduled for December 5, 2013, at 1:30 P.M. ECF No. 79. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the December 5, 2013 hearing. The Case Management Conference scheduled for December 5, 2013, at 1:30 p.m. is hereby CONTINUED to January 8, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 4, 2013

                                                          _____
                                                          LUCY H. KOH
                                                          United States District Judge

1

Case No.: 12-CV-01828-LHK
ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE