Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800
Fax: (408) 369-0752

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated, | Case No. 12-cv-01828 |
| Plaintiff, | **JUDGMENT** |
| v. | Judge: Hon. Lucy H. Koh |
| BUMBLE BEE FOODS, LLC, | Action Filed: April 12, 2012 |
| Defendant. | |

WHEREAS, the parties filed a Stipulation of Voluntary Dismissal with Prejudice on February 28, 2014 (Doc. # 105),

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT IS ENTERED in favor of Defendant Bumble Bee Foods, LLC and against Plaintiff Tricia Ogden, and that Plaintiff shall take nothing from Defendant Bumble Bee Foods, LLC by way of her Amended Class Action Complaint (Doc. # 14) and the claims asserted therein. All parties are to bear their own costs and attorneys' fees incurred in the above-captioned action.

The Clerk is hereby requested to enter this Judgment forthwith, give all parties notice thereof, and close the case file.

Dated: 3/10/2014

_____
Honorable Lucy H. Koh
Judge, U.S. District Court