Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Patrick S. Thompson (SBN 160804)
*pthompson@goodwinprocter.com*
Robert B. Bader (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Attorneys for Defendant
BUMBLE BEE FOODS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRICIA OGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC,<br><br>Defendant. | Case No. 5:12-CV-01828-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BUMBLE BEE FOODS, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Upon consideration of the Administrative Motion to Consider Whether Cases Should be Related filed by Bumble Bee Foods, LLC ("Bumble Bee"), and all arguments and papers filed in support of and against the Motion, it is hereby **ORDERED** that Bumble Bee's Motion is **GRANTED**. *Ogden v. Bumble Bee Foods, LLC*, No. 5:12-CV-01828-LHK is hereby related to *Garrett v. Bumble Bee Foods, LLC*, No. 5:14-cv-02546-EJD (the "Garrett Action"). The Clerk is directed to reassign the Garrett Action to Judge Koh.

**IT IS SO ORDERED.**

DATE: ___ 7/9/2014

_____
Hon. Lucy H. Koh
United States District Judge

-1-
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NO. 5:12-CV-01828-LHK